UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:17-cr-00006

**United States of America**

v.

**Desmond Denard Brown**

### ORDER

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). Judge Love held a final revocation hearing on October 30, 2025, and issued a report and recommendation that defendant's term of supervised release should be revoked. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Doc. 56.

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court orders that the defendant be sentenced to a period of eighteen months' imprisonment to be served consecutively with the sentence imposed in Case No. 6:24-cr-00099 in the Eastern District of Texas. The court further orders that there be no term of supervised release to follow. The court recommends that the defendant serve his sentence at FCI Seagoville, Texas.

*So ordered by the court on November 7, 2025.*

J. CAMPBELL BARKER
United States District Judge

- 1 -